# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| John Does 1 through 7 *Plaintiff* v. The Taliban, Al-Qaeda, and The Haqqani Network *Defendant* | Civil Action No. 4:20-cv-00605-P |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 11/05/2020.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for filing an appeal has expired, and if an appeal was filed, it is no longer pending.

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CERTIFIED A TRUE COPY
KAREN MITCHELL, CLERK

By s/*DONNA ROHMFELD
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS

December 14, 2020

| | |
|---|---|
| JOHN DOES 1 THROUGH 7, *Plaintiffs*, v. THE TALIBAN, AL-QAEDA, and THE HAQQANI NETWORK, *Defendants*. | Civil Action No. 4:20-CV-00605-P |

## FINAL DEFAULT JUDGMENT

This matter having come before the Court on Plaintiffs' Motion for Default Judgment, and the Court, having considered the motion, Plaintiffs' Memorandum of Law on Damages, the supporting evidence, and otherwise being advised of the premises, it is hereby ORDERED and ADJUDGED that the following Judgment is entered in favor of Plaintiffs and against all Defendants named herein, jointly and severally, as follows, rounded to the nearest dollar:

1. Judgment is hereby entered for Plaintiff John Doe 1 for compensatory damages in the amount of $23,179,645.00 (Twenty-Three Million One Hundred Seventy-Nine Thousand Six Hundred and Forty-Five Dollars).

2. Judgment is hereby entered for Plaintiff John Doe 2 for compensatory damages in the amount of $23,296,980.00 (Twenty-Three Million Two Hundred Ninety-Six Thousand Nine Hundred and Eighty Dollars).

3. Judgment is hereby entered for Plaintiff John Doe 3 for compensatory damages in the amount of $31,775,920.00 (Thirty-One Million Seven Hundred Seventy-Five Thousand Nine Hundred and Twenty Dollars).

4. Judgment is hereby entered for Plaintiff John Doe 4 for compensatory damages in the amount of $24,231,823.00 (Twenty-Four Million Two Hundred Thirty-One Thousand Eight Hundred and Twenty-Three Dollars).

5. Judgment is hereby entered for Plaintiff John Doe 5 for compensatory damages in the amount of $14,511,532.00 (Fourteen Million Five Hundred Eleven Thousand Five Hundred and Thirty-Two Dollars).

6. Judgment is hereby entered for Plaintiff John Doe 6 for compensatory damages in the amount of $10,672,656.00 (Ten Million Six Hundred Seventy-Two Thousand Six Hundred and Fifty-Six Dollars).

7. Judgment is hereby entered for Plaintiff John Doe 7 for compensatory damages in the amount of $10,750,185.00 (Ten Million Seven Hundred Fifty Thousand One Hundred and Eighty-Five Dollars).

8. The above judgments are entered jointly and severally against the following named Defendants: the Taliban, Al-Qaeda, and the Haqqani Network.

**DONE AND ORDERED** at Fort Worth, Texas, on  11-5-2020

*Mark T. Pittman*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE