UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>                    Plaintiffs,<br><br>           -v.-<br><br>THE TALIBAN, AL-QAEDA, and THE HAQQANI NETWORK,<br><br>                    Defendants. | 20 Misc. 740 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On the record before the Court, the Court finds that Plaintiffs' interests in proceeding anonymously outweigh the public interest in disclosure and any prejudice to Defendants.  *See Sealed Plaintiff* v. *Sealed Defendant,* 537 F.3d 185, 189 (2d Cir. 2008).  Therefore, Plaintiffs' Motion to Proceed Anonymously is GRANTED.

SO ORDERED.

Dated:   December 17, 2020
         New York, New York

                                                                                  _____
                                                             KATHERINE POLK FAILLA
                                                             United States District Judge