UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOES 1 THROUGH 7.,

Plaintiffs,

-v.-

THE TALIBAN, AL-QAEDA, and THE HAQQANI NETWORK,

Defendants.

20 Misc. 740 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Before the Court is Plaintiffs' motion for writs of execution against Samark Jose Lopez Bello and Yakima Trading Corporation (collectively, "Respondents") pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002, 28 U.S.C. § 1610. (*See* Dkt. #8). Plaintiffs argue that the writs of execution against assets held by Respondents should issue *ex parte* because this case is factually similar to *Stansell* v. *Revolutionary Armed Forces of Colom.*, 2019 WL 5291044 (S.D. Fla. Aug. 21, 2019), *report and recommendation adopted*, 2019 WL 5290922 (S.D. Fla. Sept. 26, 2019), a case in which the court allowed garnishment of assets held by the same Respondents to occur *ex parte*. (*Id.*). The Court disagrees with Plaintiffs. *Stansell* is distinguishable from this case for myriad reasons, including its procedural posture, the underlying facts, and the purported relationship between judgment debtors in the underlying case and the Respondents. Plaintiffs offer no further argument as to why the writs should issue *ex parte*, and the Court sees none.

Accordingly, Plaintiffs are hereby ORDERED to serve this Order, along with their moving papers (*see* Dkt. #8-10) on Respondents, and are further ORDERED to file proof of service with the Court. Respondents shall have 30 days from the date of service to respond to Plaintiffs' motion for writs of execution.

SO ORDERED.

Dated: May 5, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge