# United States District Court
SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. _____                    DOCKET NO. 1:20-mc-00740-KPF

THE PRESIDENT OF THE UNITED STATES OF AMERICA
To the Marshal of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of  The Taliban, including the blocked assets of Da Afghanistan Bank held by the Federal Reserve Bank of New York or any other financial institution

in your district you cause to be made the sum of  one hundred thirty-eight million found hundred eighteen thousand and seven hundred forty-one  dollars and  zero  cents, ($ 138,418,741.00 )

which lately in the United States District Court of the United States for the Southern District of New York, in the Second Circuit,  John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 5, John Doe 6, John Doe 7

recovered against the said  The Taliban

in an action between  John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 5, John Doe 6, John Doe 7

PLAINTIFF and  The Taliban, Al-Qaeda and The Haqqani Network

DEFENDANT, in favor of said  Plaintiffs - John Does 1 through 7

as appears by the record filed in the Clerk's Office of said District Court on the  20th  day of  January , in the year of  2021

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Colleen McMahon, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the _____ day of _____ in the year of our Lord _____, and of the Independence of the United States the two hundred _____ year.

_____
CLERK

SDNY ~~Web~~
06/01/2016

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

John Does 1 through 7

-against-

The Taliban, Al-Qaeda, The Haqqani Network and agencies and instrumentalities thereof

### EXECUTION AGAINST PROPERTY

Attorney for

Plaintiffs, John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 5, John Doe 6, John Doe 7

Borough of Manhattan
City of New York

Orlando do Campo, Esq.

To the Marshal:
You will levy and collect

one hundred thirty-eight million four hundred eighteen thousand seven hundred forty-one Dollars and zero cents, with interest from the 5th day of November, 2020, besides your fees, etc.

Attorney