IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOES 1 THROUGH 7, <br><br> *Plaintiffs/Judgment Creditors,* <br><br> v. <br><br> THE TALIBAN, AL-QAEDA, and THE HAQQANI NETWORK, <br><br> *Defendants/Judgment Debtors.* | Misc Action No. 1:20-mc-00740-KPF |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 27, 2021, a copy of the Emergency Motion for Writ of Execution, DE 15, and the Letter Motion re: exhibits, DE 16, were sent as follows:

Via mail to: Chief Counsel, Office of Foreign Assets Control, U.S. Department of the Treasury, 1500 Pennsylvania Avenue, NW Annex, Washington, DC 20220

Via e-mail to: Federal Reserve Bank of New York, c/o Katherine Steele Landy, Associate General Counsel at katherine.landy@ny.frb.org

By: *s/ Orlando do Campo*
Orlando do Campo

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/ Orlando do Campo*
Orlando do Campo

1