**do Campo & Thornton, P.A.**                                    ATTORNEYS AT LAW

CHASE BANK BUILDING
150 S.E. SECOND AVENUE • SUITE 602
MIAMI, FLORIDA 33131
PH 305 358 6600 • FAX 358 6601
DANDTLAW.COM

September 21, 2021

**VIA CM/ECF**
Hon. Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*Re: John Does 1 Through 7, v. The Taliban, Al-Qaeda, and The Haqqani Network*, No. 1:20-mc-00740-KPF

Dear Judge Polk Failla:

On September 16, 2021, in *Havlish et al. v. Bin Laden, et al.*, Case No. 03 Civ. 9848 in the United States District Court for the Southern District of New York, in which the plaintiffs likewise hold a judgment against the Taliban, the Government filed a request that the Honorable George B. Daniels and the Honorable Sarah Netburn defer judicial enforcement of a writ served in that matter so that it might consider filing a Statement of Interest. *See* letter motion dated September 16, 2021 attached here as Exhibit A.

The Government states in that letter motion that "**on September 13, 2021**, the plaintiffs … served a Writ of Execution on the Federal Reserve Bank of New York, seeking execution of a judgment for $7,045,632,402.79" against assets of Da Afghanistan Bank (emphasis added). The Government's request in that matter is being made *after* the writ had been served.

To remind the Court, on August 26, 2021, Plaintiffs in this matter filed the Emergency Motion for Writ of Execution (D.E. 15) directed to the same garnishee and the same assets. And, on September 7, 2021, Plaintiffs filed a motion to expedite the ruling, arguing that the government's potential Statement of Interest could and should be considered *after* the writ had attached, and that delay in issuing the writ would prejudice Plaintiffs by, *inter alia*, giving other judgment creditors the opportunity to serve a writ concerning these same assets first.

Sincerely,

Orlando do Campo
Counsel for Plaintiffs
Bar Code: OD1969