UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOES 1 THROUGH 7,

*Plaintiffs,*

v.                                                    Misc Action No. 1:20-mc-00740-KPF

THE TALIBAN, AL-QAEDA,
 and THE HAQQANI NETWORK,

*Defendants.*

## ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND WRIT OF EXECUTION

THIS CAUSE is before the Court on the Plaintiffs' Motion to Extend the Writ of Execution, the Court being advised, it is:

ORDERED AND ADJUDGED that the Motion to Extend the Writ of Execution served upon the Federal Reserve Bank of New York is hereby GRANTED and the Writ is hereby extended and shall not expire until further order of the Court.

The Clerk of Court is directed to terminate the pending motion at docket entry 40.

DONE AND ORDERED in chambers at New York, New York this 29th day of November, 2021.

_____
JUDGE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE