UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE TALIBAN, AL-QAEDA,<br>and THE HAQQANI NETWORK,<br><br>*Defendants.* | Misc Action No. 1:20-mc-00740-KPF |

## NOTICE OF UNOPPOSED MOTION TO LIFT STAY OF JUDICIAL ENFORCEMENT OF WRIT OF EXECUTION

PLEASE TAKE NOTICE that upon the attached Memorandum of Law, the undersigned attorneys for Plaintiffs John Does 1 through 7 (the "Doe Creditors") shall move this Court, before the Honorable Katherine Polk Failla, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York 10007, for an Order lifting the stay of enforcement of their Writ of Execution served upon the Federal Reserve Bank of New York. The Government does not oppose lifting the stay of post-judgment proceedings, subject to the views laid out in the Government's Statement of Interest.

Dated: February 15, 2022

    Respectfully submitted,

    **do Campo & Thornton, P.A.**
    Chase Bank Building
    150 S.E. 2nd Avenue, Ste. 602
    Miami, Florida 33131
    Telephone: (305) 358-6600
    Facsimile: (305) 358-6601

    By:    s/ *Orlando do Campo*

Orlando do Campo<br>
Bar Code: OD1969<br>
od@dandtlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 15, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ *Orlando do Campo*<br>
Orlando do Campo