UNITED STATES DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE TALIBAN, AL-QAEDA,<br>and THE HAQQANI NETWORK,<br><br>*Defendants.* | Misc Action No. 1:20-mc-00740-KPF |

## DECLARATION OF ORLANDO DO CAMPO IN SUPPORT OF UNOPPOSED MOTION TO LIFT STAY OF JUDICIAL ENFORCEMENT OF WRIT OF EXECUTION

I, Orlando do Campo, hereby declare:

1. I am an attorney duly licensed to practice law in the State of New York and admitted to the bar of the Southern District of New York. I am a partner with do Campo & Thornton, P.A., counsel to judgment creditors John Does 1 through 7 (the "Doe Creditors") in the above-captioned action. I make this declaration in support of the Doe Creditors' Motion to Lift the Stay of Judicial Enforcement of Writ of Execution. Except for those matters on information and belief, which I believe to be true, I have firsthand knowledge of the contents of this declaration and I could testify thereto.

2. On February 14, 2022, counsel for the Doe Creditors informed counsel for the United States via e-mail that the Doe Creditors would move the Court to lift its stay of post-judgment enforcement proceedings following the filing by the United States of its Statement of Interest, and requested the position of the Government on that motion. Assistant U.S. Attorney Rebecca S. Tinio responded via e-mail on February 14, 2022, that the Doe Creditors were

authorized to represent the Government's position on that motion as follows: "The Government does not oppose lifting the stay of post-judgment proceedings, subject to the views laid out in the Government's Statement of Interest."

I declare that the foregoing is true under penalty of perjury of the laws of the United States.

Executed this 15th day of February at Miami, Florida.

By: _____
Orlando do Campo