UNITED STATES DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE TALIBAN, AL-QAEDA,<br>and THE HAQQANI NETWORK,<br><br>*Defendants.* | Misc Action No. 1:20-mc-00740-GBD |

**ORDER GRANTING DOE CREDITORS' UNOPPOSED MOTION TO LIFT STAY OF JUDICIAL ENFORCEMENT OF WRIT OF EXECUTION**

Upon consideration of Doe Creditors' unopposed motion to lift the stay of judicial enforcement of writ of execution, it is hereby:

ORDERED that the motion is granted.

DONE AND ORDERED in chambers at New York, New York this _____ day of _____, 2022.

_____
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE