UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2022
```

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Havlish, et al. v. Bin Laden, et al.</u>, No. 03-cv-9848
    <u>John Does 1 through 7 v. The Taliban et al.</u>, No. 20-mc-740

The Court ORDERS that the assets of Da Afghanistan Bank (DAB) regulated by the Office of Foreign Assets Control's License No. DABRESERVES-EO-2022-886895-1 of February 11, 2022 (the "OFAC License") are not judicially restrained (including without limitation by any writs of execution or restraining notices). The *Havlish* writ dated August 27, 2021, and the *Doe* writ dated September 27, 2021, judicially restraining the DAB assets not regulated by the OFAC License remain in effect pending further order of this Court.

**SO ORDERED.**

Dated: February 25, 2022
       New York, New York

_____
SARAH NETBURN
United States Magistrate Judge