| | |
|---|---|
| do Campo & Thornton, P.A. | ATTORNEYS AT LAW |

CHASE BANK BUILDING
150 S.E. SECOND AVENUE • SUITE 602
MIAMI, FLORIDA 33131
PH 305 358 6600 • FAX 358 6601
DANDTLAW.COM

March 3, 2022

**VIA CM/ECF**

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Sarah Netburn
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*Re: John Does 1 Through 7 v. The Taliban et al., No. 20 Misc. 740 (GBD)(SN)*

Dear Judge Daniels and Judge Netburn:

Pursuant to the Court's order at the February 22, 2022 hearing, counsel for the Doe Creditors has conferred with counsel for the Havlish Creditors and counsel for the Plaintiffs' Executive Committee concerning the proposed briefing schedule for the prosecution of Doe Creditors' Writ of Execution served on the Federal Reserve Bank of New York. The Doe Creditors propose to file a Motion for Turnover on or before March 17, 2022.

The Doe Creditors believe that the response time to turnover motions will be determined according to when any required notice and/or service is effectuated. If leave for service by any alternative means is required, motion for such leave will be filed concurrent with or soon after the Motion for Turnover. The Doe Creditors will inform the Court when notice and/or service has been established so that response times may be set accordingly.

The Doe Creditors do not believe that any issues that may exist amongst the September 11, 2001 plaintiff groups pertain to the Doe Creditors, and thus that the Doe Creditors' execution proceedings should not be impacted by the consideration of any issues raised by the Plaintiffs'

Executive Committee. Neither the Havlish Creditors nor the Plaintiffs' Executive Committee oppose the Doe Creditors' proposal for the proceedings.

Sincerely,

Orlando do Campo
Counsel for Plaintiffs
Bar Code: OD1969