UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>*Judgment Creditors,*<br><br>v.<br><br>THE TALIBAN, AL-QAEDA, and THE HAQQANI NETWORK,<br><br>*Judgment Debtors,*<br><br>and<br><br>THE FEDERAL RESERVE BANK OF NEW YORK,<br><br>*Garnishee.* | Misc Action No. 1:20-mc-00740-GBD |

### DOE CREDITORS' NOTICE OF FILING EXPERT DECLARATION OF ALEX B. ZERDEN IN SUPPORT OF DOE CREDITORS' MOTION FOR TURNOVER OF ASSETS FROM GARNISHEE FEDERAL RESERVE BANK OF NEW YORK

PLEASE TAKE NOTICE that John Does 1 through 7 (the "Doe Creditors") intend to rely upon the attached Exhibit A, Expert Report of Alex B. Zerden, in support of the Motion for Turnover of Assets from Garnishee the Federal Reserve Bank of New York seeking the turnover of Da Afghanistan Bank's assets sufficient to satisfy Doe Creditors' Judgment from garnishee Federal Reserve Bank of New York. Said motion is to be heard before the Honorable Judge George B. Daniels, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan Courthouse located at 500 Pearl Street, New York, New York 10007 and the Honorable Judge Sarah Netburn, United States Magistrate Judge for the Southern District

of New York, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York 10007.

Dated: March 20, 2022

>Respectfully submitted,
>
>**do Campo & Thornton, P.A.**
>Chase Bank Building
>150 S.E. 2nd Avenue, Ste. 602
>Miami, Florida 33131
>Telephone: (305) 358-6600
>Facsimile: (305) 358-6601
>
>*s/ Orlando do Campo*
>Orlando do Campo
>Bar Code: OD1969
>od@dandtlaw.com
>
>*s/John Thornton*
>John Thornton *(pro hac vice)*
>jt@dandtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

>*s/ Orlando do Campo*
>Orlando do Campo

2