UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>*Judgment Creditors,*<br><br>v.<br><br>THE TALIBAN, AL-QAEDA, and THE HAQQANI NETWORK,<br><br>*Judgment Debtors,*<br><br>and<br><br>THE FEDERAL RESERVE BANK OF NEW YORK,<br><br>*Garnishee.* | Misc Action No. 1:20-mc-00740-GBD |

### DOE CREDITORS' NOTICE OF FILING MOTION FOR AN ORDER DIRECTING ALTERNATIVE SERVICE UPON THE TALIBAN

PLEASE TAKE NOTICE that upon the attached Motion for an Order Directing Alternative Service Upon the Taliban, undersigned attorneys for Judgment Creditors John Does 1 through 7 (the "Doe Creditors") shall move this Court, before the Honorable Judge George B. Daniels, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan Courthouse located at 500 Pearl Street, New York, New York 10007 and the Honorable Judge Sarah Netburn, United States Magistrate Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York 10007, for an Order directing alternative service upon the Taliban.

Dated: March 21, 2022

Respectfully submitted,

**do Campo & Thornton, P.A.**
Chase Bank Building
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
Telephone: (305) 358-6600
Facsimile: (305) 358-6601

By: s/ *Orlando do Campo*
Orlando do Campo
Bar Code: OD1969
od@dandtlaw.com

*s/John Thornton*
John Thornton *(pro hac vice)*
jt@dandtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ *Orlando do Campo*
Orlando do Campo

2