**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                        :
JOHN DOES 1 THROUGH 7                                                   :
                                                                        :          ORDER OF REFERENCE
                            *Judgment Creditors*,                       :          TO A MAGISTRATE JUDGE
                                                                        :
            -against-                                                   :
                                                                        :          03 MDL 1570 (GBD) (SN)
THE TALIBAN, AL-QAEDA, and THE HAQQANI                                  :          20 MISC 00740 (GBD)
NETOWRK,                                                                :
                                                                        :
                            *Judgment Debtors*,                        :
and                                                                     :
                                                                        :
THE FEDERAL RESERVE BANK OF NEW YORK                                    :
                                                                        :
                            *Garnishee.*                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| __X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute | ___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| ___ Settlement | ___ Habeas Corpus |
| __X__ Inquest After Default/Damages Hearing | ___ Social Security |
| | __X__ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |

Dated: **APR 0 5 2022**

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
United States District Judge