# PUBLIC NOTICE

To the Taliban and Da Afghanistan Bank

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN, 03-CV-9848-GBD-SN, and 20-MC-740-GBD-SN, Judgment Creditors Fiona Havlish et al. ("the Havlish Creditors") and John Does 1 through 7 ("the Doe Creditors") have each filed a motion seeking a turnover of assets of Da Afghanistan Bank (DAB) held in the Federal Reserve Bank of New York (FRBNY). The Havlish Creditors seek these assets to satisfy the final judgment entered by the Court on October 16, 2012 against the Taliban, among others, in connection with the terrorist attacks of September 11, 2001. The Doe Creditors seek these assets to satisfy a final judgment entered in the Northern District of Texas on November 5, 2020 against the Taliban, among others, in connection with a terrorist attack in Kabul, Afghanistan on January 4, 2016. Pursuant to Federal Rule of Civil Procedure 69(a), N.Y. C.P.L.R. Sections 5225(b) and 5227, and Section 201(a) of the Terrorism Risk Insurance Act of 2002, the Havlish Creditors' and the Doe Creditors' motions seek to compel FRBNY to turn over the blocked assets of DAB in amount sufficient to satisfy the outstanding amounts of their awards of compensatory damages as of the date the motions were filed, namely $2,086,386,669 and $138,418,741, respectively.

عمومي خبرتیا

طالبانو او د افغانستان بانک ته

د متحده ایالاتو د ولسوالۍ محکمه کې د نیویارک د سویلي ولسوالۍ لپاره، د متحده ایالاتو د ولسوالۍ محکمه کې، د قضیې شمیره 03-ایم ډي- 1570-جي بي ډي-ایس این، 03-سي وي- 9848-جي بي ډي-ایس این، او 20-ایم سي-740-جي بي ډي-ایس این، د قضاوت اعتبار ورکوونکي فیونا هیلیش او نور ("د هاولش پور ورکوونکي") (ایف آر بي ان وای) کې د افغانستان بانک کې د شتمنیو د بدلولو جان بوز 1 څخه تر 7 پورې (د ډو پور ورکونکي) هر یو د نیویارک فدرال ریزرو بانکغوښتنه کړي. د هاولش طلبکار دا شتمنۍ غواړي چې د محکمې لخوا د 2012 کال د اکتوبر په 16مه نیټه د طالبانو او نورو په مینځ کې د 2001 کال د سپتمبر د 11 ترهګرۍ بریدونو په تړاو د محکمې لخوا داخل شوي وروستی پریکړه پوره کړي. د ډو طلبکار دا شتمنۍ د 2020 کال د نومبر په 5 د ټیکساس په شمالي ولسوالۍ کې د طالبانو او نورو په مینځ کې د جنوري په 4 مه، 2016 کې په کابل، افغانستان کې د یوه ترهګریز برید په تړاو، د فدرالي حاکمیت سره سم د وروستي قضاوت د پوره کولو لپاره غواړي. د مدني طرزالعمل 69(ای)، این وای سي پي ایل آر د 5225 (بي) او 5227 برخې، او د 2002 د ترهګرۍ د بیمې قانون 201(ای) برخه، هاولش طلبکار او ډو طلبکار تحرکات غواړي ایف آر بي این وای دي ته اړ کړي چې د افغانستان بانک بندې شوي شتمنۍ په ډیره اندازه د قناعت ور کړي. د دوی د جبراني تاوانونو لکه 2,086,386,669 ډالر او 138,418,741 ډالر د انعامونو بقایا مقدار د هغه نیټې پورې چې غوښتنې یې په ترتیب سره ثبت شوي.

This is a notice that the motions have been filed. The motion papers are available below in both English and Pashto.

دا یو خبرتیا ده چې غوښتنې درج شوي دي. د غوښتنتوکاغذونه/مقالې په لاندې ویب پاڼه کې په انګلیسي او پښتو دواړو کې شتون لري

## Havlish Creditors د هاولش پور ورکوونکي

English:  Pashto (پښتو):

- Havlish Notice of Motion (English)
- Havlish Memorandum of Law (English)
- Havlish Mitchell Declaration and Exhibits (English)
- Havlish Zerden Declaration (English)
- Havlish Proposed Order (English)

- Havlish Notice of Motion (Pashto)
- Havlish Memorandum of Law (Pashto)
- Havlish Mitchell Declaration and Exhibits (Pashto)
- Havlish Zerden Declaration (Pashto)
- Havlish Proposed Order (Pashto)

## Doe Creditors د ډو پور ورکونکی

English:  Pashto (پښتو):

- Doe Notice of Motion (English)
- Doe Memorandum of Law and Exhibits (English)
- Doe Thornton Declaration (English)
- Doe Zerden Declaration (English)

- Doe Notice of Motion (Pashto)
- Doe Memorandum of Law and Exhibits (Pashto)
- Doe Thornton Declaration (Pashto)
- Doe Zerden Declaration (Pashto)