# E-mail Service – Da Afghanistan Bank English

 Gmail

John Does <johndoes1through7@gmail.com>

# Notice of turnover proceedings against the assets of Da Afghanistan Bank in the United States District Court for the Southern District of New York. John Does 1 through 7 v. Taliban et al; and The Federal Reserve Bank of New York, Garnishee. Case number 1 :20-mc-00740

**John Does** <johndoes1through7@gmail.com>  Wed, Apr 20, 2022 at 12:03 PM
To: info@dab.gov.af, wahab.quraishi@dab.gov.af, abbas.saameh@dab.gov.af, aziz.rahmani@dab.gov.af, kazem.sarwary@dab.gov.af
Cc: od@dandtlaw.com, dj@dandtlaw.com, jt@dandtlaw.com

PUBLIC NOTICE

To the Taliban and Da Afghanistan Bank

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN, 03-CV-9848-GBD-SN, and 1:20-MC-00740-GBN-SN Judgment Creditors Fiona Havlish et al. ("the Havlish Creditors") and John Does 1 through 7 ("the Doe Creditors") have each filed a motion seeking a turnover of assets of Da Afghanistan Bank (DAB) held in the Federal Reserve Bank of New York (FRBNY). The Havlish Creditors seek these assets to satisfy the final judgment entered by the Court on October 16, 2012 against the Taliban, among others, in connection with the terrorist attacks of September 11, 2001. The Doe Creditors seek these assets to satisfy a final judgment entered in the Northern District of Texas on November 5, 2020 against the Taliban, among others, in connection with a terrorist attack in Kabul, Afghanistan on January 4, 2016. Pursuant to Federal Rule of Civil Procedure 69(a), N.Y. C.P.L.R. Sections 5225(b) and 5227, and Section 201(a) of the Terrorism Risk Insurance Act of 2002, the Havlish Creditors' and the Doe Creditors' motions seek to compel FRBNY to turn over the blocked assets of DAB in amount sufficient to satisfy the outstanding amounts of their awards of compensatory damages, namely $2,086,368,669 and $138,418,741, respectively.

This is a notice that the motions have been filed. The motion papers are available in both English and Pashto at the following website: www.DABturnover.com.

**PUBLIC NOTICE**

**To the Taliban and Da Afghanistan Bank**

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN, 03-CV-9848-GBD-SN, and 1:20-MC-00740-GBN-SN Judgment Creditors Fiona Havlish et al. ("the Havlish Creditors") and John Does 1 through 7 ("the Doe Creditors") have each filed a motion seeking a turnover of assets of Da Afghanistan Bank (DAB) held in the Federal Reserve Bank of New York (FRBNY). The Havlish Creditors seek these assets to satisfy the final judgment entered by the Court on October 16, 2012 against the Taliban, among others, in connection with the terrorist attacks of September 11, 2001. The Doe Creditors seek these assets to satisfy a final judgment entered in the Northern District of Texas on November 5, 2020 against the Taliban, among others, in connection with a terrorist attack in Kabul, Afghanistan on January 4, 2016. Pursuant to Federal Rule of Civil Procedure 69(a), N.Y. C.P.L.R. Sections 5225(b) and 5227, and Section 201(a) of the Terrorism Risk Insurance Act of 2002, the Havlish Creditors' and the Doe Creditors' motions seek to compel FRBNY to turn over the blocked assets of DAB in amount sufficient to satisfy the outstanding amounts of their awards of compensatory damages, namely $2,086,368,669 and $138,418,741, respectively.

This is a notice that the motions have been filed. The motion papers are available in both English and Pashto at the following website: www.DABturnover.com.



**6 attachments**

📄 **DE 79 2022.03.20 NOTICE of Doe Creditors' Motion for Turnover.pdf**
130K

📄 **80-1 Writ of Execution.pdf**
110K

📄 **80-3 Proposed Order .pdf**
100K

📄 **80-2 SOI in Doe v ELN.pdf**
665K

📄 **80 MEMORANDUM OF LAW in Support of Motion in Support of Doe Creditors' Motion for Turnover.pdf**
453K

📄 **DE 81 2022.03.20 DECLARATION of John Thornton in Support Memorandum of Law DE 79.pdf**
70K

# E-mail Service – Da Afghanistan Bank Pashto



**John Does <johndoes1through7@gmail.com>**

---

د نیویارک د سویلي ولسوالی لپاره د متحده ایالاتو د ولسوالی په محکمه کي د افغانستان بانک د شتمنیو په ۲۶۶/۱،۰۰۰
طالبان او د هغوی همکاران" او د دریمګری ګوند د نیویارک د فدرال ، v وړاندې د اجرأتو خبرتیا، د جان ډوز ۱ له لاري 7
mc-00740-ریزرو بانک. د قضیې شمېره 1:20

---

**John Does** <johndoes1through7@gmail.com>  
Wed, Apr 20, 2022 at 11:59 AM  
To: info@dab.gov.af, wahab.quraishi@dab.gov.af, abbas.saameh@dab.gov.af, aziz.rahmani@dab.gov.af, kazem.sarwary@dab.gov.af  
Cc: jt@dandtlaw.com, od@dandtlaw.com, dj@dandtlaw.com



**عمومي خبرتیا¶**

**طالبانو او د افغانستان بانک ته¶**

د متحده ایالاتو د ولسوالی محکمه کې د نیویارک د سویلي ولسوالی لپاره، د متحده ایالاتو د ولسوالی محکمه کې، د قضیي شمیره 03-ایم ډي-1570-جی بی ډی-ایس این، 03-سی وی- 9848-جی بی ډی-ایس این، او 20-ایم سی-740-جی بی ډی-ایس این، د قضاوت اعتبار ورکوونکي فیونا هیلیش او نور ("د هاولش پور ورکوونکي") (ایف آر بی ان وای) کې د افغانستان بانک کې د شتمنیو د بدلولو جان ډوز 1 څخه تر 7 پوري (د ډو پور ورکوونکي) هر یو د نیویارک فدرال ریزرو بانکغوښتنه کړی. د هاولش طلبکار دا شتمني غواړي چې د محکمي لخوا د 2012 کال د اکتوبر په 16مه نیته د طالبانو او نورو په مینځ کې د 2001 کال د سپټمبر د 11 د ترهګري بریدونو په ترړاو د محکمي لخوا داخل شوي وروستي پریکړه پوره کړي. د ډو طلبکار دا شتمنی د 2020 کال د نومبر په 5 د ټیکساس په شمالي ولسوالی کې د طالبانو او نورو په مینځ کې د جنوری په 4 مه، 2016 کې په کابل، افغانستان کې د یوه ترهګریز برید په ترړاو، د فدرالي حاکمیت سره سم د وروستي قضاوت د پوره کولو لپاره غواړي. د مدني طرز العمل 69(ای)، این وای سي پي ایل آر د 5225 (بي) او 5227 برخی، او د 2002 د ترهګری د بیمي قانون 201(ای) برخه، هاولش طلبکار او ډو طلبکار تحرکات غواړي ایف آر بي این وای دي ته ار کړی چې د افغانستان بانک بندي شوی شتمنی په ډیره اندازه د قناعت ور کړي. د دوی د جبراني تاوانونو لکه 2,086,368,669 ډالر او 138,418,741 ډالر د انعامونو بقایا مقدار د هغه نیټي پوري چې غوښتني یي په ترتیب سره ثبت شوي.¶

دا یو خبرتیا ده چې غوښتني درج شوي دي. د غوښتنوکاغذونه/مقالی په لاندي ویب پاڼه کې په انګلیسي او پښتو دواړو کې شتون لري:¶

www.DABturnover.com¶

---

**عمومي خبرتیا**

**طالبانو او د افغانستان بانک ته**

د متحده ایالاتو د ولسوالی محکمه کې د نیویارک د سویلي ولسوالی لپاره، د متحده ایالاتو د ولسوالی محکمه کې، د قضیي شمیره 03-ایم ډي-1570-جی بی ډی-ایس این، 03-سی وی- 9848-جی بی ډی-ایس این، او 20-ایم سی-740-جی بی ډی-ایس این، د قضاوت اعتبار ورکوونکي فیونا هیلیش او نور ("د هاولش پور ورکوونکي") (ایف آر بی ان وای) کې د افغانستان بانک کې د شتمنیو د بدلولو  جان ډوز 1 څخه تر 7 پوري (د ډو پور ورکوونکي) هر یو د نیویارک فدرال ریزرو بانکغوښتنه کړی. د هاولش طلبکار دا شتمني غواړي چې د محکمي لخوا د 2012 کال د اکتوبر په 16مه نیته د طالبانو او نورو په مینځ کې د 2001 کال د سپټمبر د 11 ترهګری بریدونو په ترړاو د محکمي لخوا داخل شوي پریکړه پوره کړي. د ډو طلبکار دا شتمنی د 2020 کال د نومبر په 5 د ټیکساس په شمالي ولسوالی کې د طالبانو او نورو په مینځ کې د جنوری په 4 مه، 2016 کې په کابل، افغانستان کې د یوه ترهګریز برید په ترړاو، د فدرالي حاکمیت سره سم د وروستي قضاوت د پوره کولو لپاره غواړي. د مدني طرز العمل 69(ای)، این وای سي پي ایل آر د 5225 (بي) او 5227 برخی، او د 2002 د ترهګری د بیمي قانون 201(ای) برخه، هاولش طلبکار او ډو طلبکار تحرکات غواړي ایف آر بي این وای دي ته ار کړی چې د افغانستان بانک بندي شوی شتمنی په ډیره اندازه د قناعت ور کړي. د دوی د جبراني تاوانونو لکه 2,086,368,669 ډالر او 138,418,741 ډالر د انعامونو بقایا مقدار د هغه نیټي پوري چې غوښتني یي په ترتیب سره ثبت شوي.

دا یو خبرتیا ده چې غوښتني درج شوي دي. د غوښتنوکاغذونه/مقالی په لاندي ویب پاڼه کې په انګلیسي او پښتو دواړو کې شتون لري:

www.DABturnover.com

---

**3 attachments**

 **DE 81 Certified Translations Pashto English.pdf**  
547K

 **DE 80 - Ceritified Translation Doe Memorandum of Law (Pashto).pdf**

Case 1:20-mc-00740-GBD-SN   Document 104-2   Filed 04/25/22   Page 6 of 10

2418K

**DE 79 Certified Translation of Notice of Motion.pdf**
648K

# Twitter Service – Da Afghanistan Bank English



**John Does 1 through 7** @Does1Through7 · Apr 20

@AFGCentralbank

**PUBLIC NOTICE**

**To the Taliban and Da Afghanistan Bank**

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN, 03-CV-9848-GBD-SN, and 1:20-MC-00740-GBN-SN Judgment Creditors Fiona Havlish et al. ("the Havlish Creditors") and John Does 1 through 7 ("the Doe Creditors") have each filed a motion seeking a turnover of assets of Da Afghanistan Bank (DAB) held in the Federal Reserve Bank of New York (FRBNY). The Havlish Creditors seek these assets to satisfy the final judgment entered by the Court on October 16, 2012 against the Taliban, among others, in connection with the terrorist attacks of September 11, 2001. The Doe Creditors seek these assets to satisfy a final judgment entered in the Northern District of Texas on November 5, 2020 against the Taliban, among others, in connection with a terrorist attack in Kabul, Afghanistan on January 4, 2016. Pursuant to Federal Rule of Civil Procedure 69(a), N.Y. C.P.L.R. Sections 5225(b) and 5227, and Section 201(a) of the Terrorism Risk Insurance Act of 2002, the Havlish Creditors' and the Doe Creditors' motions seek to compel FRBNY to turn over the blocked assets of DAB in amount sufficient to satisfy the outstanding amounts of their awards of compensatory damages, namely $2,086,368,669 and $138,418,741, respectively.

This is a notice that the motions have been filed. The motion papers are available in both English and Pashto at the following website: www.DABturnover.com.

ALT

Zabihullah (..م الله ذبــــيح ) and Suhail Shaheen. شاهين سهيل محمد

    

# Twitter Service – Da Afghanistan Bank Pashto

**John Does 1 through 7** @Does1Through7 · Apr 20

@AFGCentralbank

عمومي خبرتیا

طالبانو او د افغانستان بانک ته

د متحده ایالاتو د ولسوالی محکمه کي د نیویارک د سویلي ولسوالی لپاره، د متحده ایالاتو د ولسوالی محکمه کي، د قضیي شمیره 03-ایم ډي-1570-جی بی ډي این، 03-سي وی-9848-جی بی ډي-این این، او 20-ایم سي-740-جی بی ډي-این این، د قضاوت اعتبار ورکوونکي فیونا هیلیش او نور ("د هاولش پور ورکوونکي") (ایف آر بي این وای) کې د افغانستان بانک کې د شتمنیو د بدلولو جان ډوز 1 څخه تر 7 پوري (د ډو پور ورکوونکي) هر یو د نیویارک فدرال ریزرو بانکغوښتنه کړي. د هاولش طلبکار دا شتمني غواړي چي د محکمي لخوا د 2012 کال د اکتوبر په 16مه نیټه د طالبانو او نورو په مینځ کي د 2001 کال د سپټمبر د 11 د هګړی بریدونو په تړاو د محکمي لخوا داخل شوي وروستي پریکړه پوره کړي. د ډو طلبکار دا شتمنی د 2020 کال د نومبر په 5 د ټیکساس په شمالی ولسوالی کي د طالبانو او نورو په مینځ کي د جنوری په 4 مه، 2016 کي په کابل، افغانستان کي د یو د هګریز برید په تړاو، د فدرالي حاکمیت سره سم د وروستي قضاوت د پوره کولو لپاره غواړي. د مدني طرز العمل 69(ای)، این وای سي پي ایل آر، د 5225 (بي) او 5227 برخي، او د 2002 د هګړی د بیمي قانون 201(ای) برخه، هاولش طلبکار او ډو طلبکار تحرکات غواړي ایف آر بي این وای دي ته اړ کړي چي د افغانستان بانک بندي شوی شتمنی په ډیره اندازه د قناعت ور کړي. د دوی د جبراني تاوانونو لکه 2,086,368,669 ډالر او 138,418,741 ډالر د انعامونو بقایا مقدار د هغه نیټي پوري غوښتنی یي په ترتیب سره ثبت شوي.

دا یو خبرتیا ده چي غوښتنی درج شوی دي. د غوښتنتوکاغذونه/مقالی په لاندي ویب پانه کي په انګلیسي او پښتو دواړو کي شتون لري:

www.DABturnover.com

Zabihullah ( ذبــــيح الله م..) and 2 others

