# Twitter Service – Taliban English

← **John Does 1 through 7**
12 Photos & videos



**John Does 1 through 7** @Does1Through7 · Apr 20

@Zabihullah_M3 @Zabehulah_M33 @leaoffice @QyAhmadi21 @suhailshaheen1

---

**PUBLIC NOTICE**

**To the Taliban and Da Afghanistan Bank**

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN, 03-CV-9848-GBD-SN, and 1:20-MC-00740-GBN-SN Judgment Creditors Fiona Havlish et al. ("the Havlish Creditors") and John Does 1 through 7 ("the Doe Creditors") have each filed a motion seeking a turnover of assets of Da Afghanistan Bank (DAB) held in the Federal Reserve Bank of New York (FRBNY). The Havlish Creditors seek these assets to satisfy the final judgment entered by the Court on October 16, 2012 against the Taliban, among others, in connection with the terrorist attacks of September 11, 2001. The Doe Creditors seek these assets to satisfy a final judgment entered in the Northern District of Texas on November 5, 2020 against the Taliban, among others, in connection with a terrorist attack in Kabul, Afghanistan on January 4, 2016. Pursuant to Federal Rule of Civil Procedure 69(a), N.Y. C.P.L.R. Sections 5225(b) and 5227, and Section 201(a) of the Terrorism Risk Insurance Act of 2002, the Havlish Creditors' and the Doe Creditors' motions seek to compel FRBNY to turn over the blocked assets of DAB in amount sufficient to satisfy the outstanding amounts of their awards of compensatory damages, namely $2,086,368,669 and $138,418,741, respectively.

This is a notice that the motions have been filed. The motion papers are available in both English and Pashto at the following website: www.DABturnover.com.

ALT

---

**Image description**

www.DABturnover.com

Does1Through7 · Apr 20

# Twitter Service – Taliban Pashto

**John Does 1 through 7** @Does1Through7 · Apr 20

@Zabehulah_M33 @Zabihullah_M3 @leaoffice @QyAhmadi21 @suhailshaheen1



**Image description**

www.DABturnover.com

Does1Through7 · Apr 20