**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>       Plaintiffs,<br><br>    *v.*<br><br>THE TALIBAN, *et al.*,<br><br>       Defendants. | No. 20 Misc. 740 (KPF) |
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2011 | No. 03 MD 1570 (GBD) (SN) |
| FIONA HAVLISH, *et al.*,<br><br>       Plaintiffs,<br><br>    *v.*<br><br>SHEIKH USAMAH BIN-MUHAMMED BIN-LADEN, a.k.a. OSAMA BIN-LADEN, *et al.*,<br><br>       Defendants. | No. 03 Civ. 9848 (GBD) (SN) |

**NOTICE OF AMENDED BRIEF OF AMICUS CURIAE NASEER A. FAIQ**

  Counsel for Mr. Naseer A. Faiq submits the attached amended *amicus curiae* brief to respectfully clarify Mr. Faiq's position as *Chargé d'Affaires* of the Permanent Mission of the Islamic Republic of Afghanistan (Afghanistan) to the United Nations in New York. On December 15, 2021, Afghanistan's former Permanent Representative, Mr. Ghulam M. Isaczai, resigned from his post and Mr. Faiq assumed his responsibilities as *Chargé d' Affaires*. *See* United Nations, *List of Permanent Representatives and Observers to the United Nations in New York*, https://www.un.org/dgacm/sites/www.un.org.dgacm/files/Documents_Protocol/headsofmissions.pdf (last updated Apr. 27, 2022) (acknowledging Mr. Faiq's role as head of mission). As *Chargé*

*d' Affaires*, Mr. Faiq heads the Mission, but his title is not "Permanent Representative"; any previous suggestion to the contrary was erroneous. The attached amended brief omits that two-word reference but its substance is otherwise identical to the previously filed brief. Mr. Faiq's counsel expresses their appreciation to *Havlish* counsel for alerting them to the lack of clarity.

Dated: April 29, 2022    Respectfully submitted,

*/s/ Natasha Arnpriester*
Natasha Arnpriester (5673678)
James A. Goldston (*pro hac vice*)
A. Azure Wheeler (5245493)
Open Society Justice Initiative
224 West 57th Street
New York, NY 10019

*/s/ Justin B. Cox*
Justin B. Cox*
Law Office of Justin B. Cox
P.O. Box 1106
Hood River, OR 97031

*Counsel for Amicus Curiae*

* *Pro hac vice* application forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, I electronically filed the foregoing with this Court's CM/ECF system, which will send a notice of filing to all registered users.

*/s/ Natasha Arnpriester*
Natasha Arnpriester