UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>*Judgment Creditors,*<br><br>v.<br><br>THE TALIBAN, AL-QAEDA,<br>and THE HAQQANI NETWORK,<br><br>*Judgment Debtors.* | Misc Action No. 1:20-mc-00740-GBD |

**PLAINTIFFS' NOTICE OF FILING MOTION FOR RECONSIDERATION OF MOTION FOR WRIT OF EXECUTION AND FOR POST-JUDGMENT ATTACHMENT**

PLEASE TAKE NOTICE that upon the attached Memorandum of Law in Support of Motion for Reconsideration of Motion for Writ of Execution and for Post-Judgment Attachment, and exhibits thereto, undersigned attorneys for John Does 1 through 7 ("Doe Creditors") shall move this Court, before the Honorable Judge George B. Daniels, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan Courthouse located at 500 Pearl Street, New York, New York 10007 for an Order granting Motion for Reconsideration of Motion for Writ of Execution and for Post-Judgment Attachment.

Dated: March 20, 2023

                                                                                                                    Respectfully submitted,

                                                                                                                    **do Campo & Thornton, P.A.**
                                                                                                                    Chase Bank Building
                                                                                                                    150 S.E. 2nd Avenue, Ste. 602
                                                                                                                    Miami, Florida 33131
                                                                                                                    Telephone: (305) 358-6600
                                                                                                                    Facsimile: (305) 358-6601

2

By: s/ *Orlando do Campo*
Orlando do Campo
Bar Code: OD1969
od@dandtlaw.com

*s/John Thornton*
John Thornton *(pro hac vice)*
jt@dandtlaw.com

*s/Daniela Jaramillo*
Daniela Jaramillo *(pro hac vice)*
dj@dandtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ *Orlando do Campo*
Orlando do Campo

2